# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WISCONSIN

**ALIHYA NATALIE JOHNSON,
individually and as next friend of her
minor children,**

**SIBLING 1 and SIBLING 2,**

     Plaintiffs,

       V

**CITY OF MILWAUKEE, a Wisconsin
municipal corporation; OFFICER JAMES
SUMMER in his individual capacity,
OFFICER AUSTIN DOMAGALSKI in his
individual capacity, and UNKNOWN
MILWAUKEE POLICE OFFICERS, and**

**ABC INSURANCE COMPANY,**

     **Defendants.**

CASE NO 2:26-cv-00543

---

## PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rules, Plaintiff

**ALIHYA NATALIE JOHNSON** provides the following disclosures:

**(1) State the full name of every party or amicus the attorney represents in the case:**

 a. **ALIHYA NATALIE JOHNSON**

b. Sibling 1(D.A.H a minor child)

c. Sibling 2(D.S.H a minor child)

**(2) If such party or amicus is a corporation:**

1

a. Any parent corporation: None.

b. Any publicly held corporation owning 10% or more of the company's stock: None.

**(3) The name of all law firms whose partners or associates appear for a party or are expected to appear for a party in this Court:**

a. Kurter Law Offices LLC

Respectfully submitted this 13th  day of April 2026.

Respectfully submitted,

KURTER LAW OFFICES

By:  /s/  Imran S. Kurter

Wisconsin State Bar No. 1096182

Attorney for Plaintiff

10012 W Capitol Drive

Milwaukee, WI 53222

(414) 368-8181

Imran@Kurterlaw.com